**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KAYMARIE WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-02034-ACR |
| | ) | |
| GEORGETOWN UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED ORDER**

This matter came before the Court on Timothy D. Intelisano's Motion to Withdraw as Defendant Georgetown University ("Motion").

Upon consideration of the Motion and the record herein, and it appearing that good cause exists to grant the Motion, it is

**ORDERED** this ____ day of __________, 2026, that the Motion is hereby **GRANTED**; it is

**FURTHER ORDERED** that Timothy D. Intelisano's appearance on behalf of Defendant Georgetown University is withdrawn; and it is

**FURTHER ORDERED** that Henry A. Platt, Jennifer E. Robins and Saul Ewing LLP shall remain as counsel for Defendant Georgetown University in this matter.

______________________________
United States District Judge

**COPIES TO:**
Henry A. Platt
Jennifer E. Robins
henry.platt@saul.com
Jennifer.robins@saul.com

Roland Blackman
roland@blglawyer.com